# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America </br> v. </br> JASON P. EDWARDS | Case No: 1:08CR000088-002 </br> USM No: 08931-028 |
| Date of Original Judgment: 10/07/2009 </br> Date of Previous Amended Judgment: </br> *(Use Date of Last Amended Judgment if Any)* | Sara Varner </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  204 (204 on Ct. 1)  months **is reduced to**  137 (137 months on Ct. 1)  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The total sentence is reduced to 137 months, that is, 137 months on Count 1 and 60 months on Counts 2, 5, and 7, all concurrent.

Except as otherwise provided, all provisions of the judgment dated  10/07/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  2/4/2019

Effective Date: _____
*(if different from order date)*

SARAH EVANS BARKER, JUDGE </br>
United States District Court </br>
Southern District of Indiana